AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

RUTH E. HOCHBERG,

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

LINCARE, INC.,

Defendant.

CASE NUMBER: CV-07-0031-EFS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that Defendant's Motion for Summary is Granted and judgment is entered in favor of the Defendant.

April 28, 2008
_____
*Date*

JAMES R. LARSEN
_____
*Clerk*
s/ Linda Emerson
_____
*(By) Deputy Clerk*
Linda Emerson